# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF NEW YORK

**Anthony Glenn Bester**

    vs.

**B. Dixion, et al**

JUDGMENT IN A CIVIL CASE

**CASE NO.**   9:03-CV-1041

____   **JURY VERDICT.**   This action came before this Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**X**   **DECISION BY COURT.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT DEFENDANTS' MOTION FOR SUMMARY JUDGMENT IS GRANTED. PLAINTIFF'S COMPLAINT IS DISMISSED.

IN ACCORDANCE WITH THE HONORABLE THOMAS J. MCAVOY'S DECISION AND ORDER FILED MARCH 27, 2007.

Dated:  March 27, 2007

                                                               Clerk of Court

                                                              s/S. Potter
                                                              By:  Deputy Clerk